UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                                       Case No. 13-CR-222

VERNELL L. STATEN,

        Defendant.

## ORDER DENYING MOTIONS FOR COMPASSIONTE RELEASE

      Vernell Staten was sentenced to 117 months of imprisonment, the top end of the applicable Guideline range, for organizing and leading a violent robbery of a check cashing business in which over $300,000 was taken. His current release date is June 5, 2022. Currently before the Court are several motions for compassionate release Staten has filed. Staten is only thirty-nine years old, has Type 2 diabetes, hypertension, hyperlipidemia, and obesity. These are conditions that, according to the Centers for Disease Control, can significantly increase the risk of serious complications or death should he contract Covid-19. However, it appears that in January 2021 Staten tested positive for Covid-19 and was placed in a ten-day quarantine. He was checked daily between January 26th and January 30th and denied experiencing any symptoms of Covid-19. He was released from quarantine on February 1, 2021 and denied any symptoms on that date. So far he has not been offered the vaccine.

      The Court also notes that the vaccines available to prevent Covid-19 are being distributed at the prison in an ongoing effort to mitigate any spread of the virus, including among staff members. The Bureau of Prisons appear to have taken significant steps to prevent spread of the

virus. Given these facts, the Court is satisfied that Staten has not shown extraordinary and compelling reasons to reduce his sentence. Further, reduction of his sentence would be inconsistent with the factors set forth in 18 U.S.C. § 3553(a)(1). It would depreciate the seriousness of the offense and seriously endanger public safety. Accordingly, the motions are denied.

Dated at Green Bay, Wisconsin this 3rd day of March, 2021.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge